JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARIO FLORES, <br><br> Petitioner, <br><br> vs. <br><br> DOMINGO URIBE, JR., Warden, <br><br> Respondent. | Case No. CV12-5119-DMG (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 15, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1